## MARSHALL v. WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 64, September Term, 1963.]

*Decided March 31, 1964.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT, HORNEY and SYBERT, JJ.

P&#7869;R CURIAM.

For the reasons stated in Judge Allen's opinion below, this application for leave to appeal is denied.

*Application denied.*